Ronald J. Dreher, Esq.
Nevada Bar No. 15726
DREHER LAW
P.O. Box 6494
Reno, NV 89513
775-846-9804
dreherlaw@outlook.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NIKA HSIAO,

        Plaintiff,

v.

CITY OF RENO and DOES I-X,

        Defendants.

_____/

CASE NO.: 3:24-cv-00256-CLB

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR RESPONSE AND REPLY TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**(FIRST REQUEST)**

Plaintiff Nika Hsiao ("Plaintiff") and Defendant City of Reno ("City"), by and through their undersigned counsel of record, hereby submit the following Stipulation to Extend Plaintiff's time to response and Defendant's time to reply in accordance with LR IA 6-1.

1.    On February 18, 2026, the City served its Motion for Partial Summary Judgment on Plaintiff. (ECF No. 33).

2.    Plaintiff's response to the motion is currently due on March 11, 2025.

3.    Plaintiff's counsel is currently scheduled to conduct several days of depositions in a separate matter. In addition, her counsel is preparing a brief for the Nevada Supreme Court that will take a large amount of time.

4.    Due to these pending items, Plaintiff requested an extension until March 27, 2026, to file her response.

5.      The Parties have conferred and agreed to extend the deadline for Plaintiff to file her response to the above-named motion to March 27, 2026, and to extend the City's deadline to file its reply to April 10, 2026.

7.      This is the first stipulation to extend the time for Plaintiff to reply to her response and for the City to file its reply.

8.      The Parties believe these circumstances constitute good cause for granting an extension. See Fed. R. Civ. P. 6(b)(1).

9.      This Stipulation is made in good faith and not for the purpose of delay.

DATED this 23rd day of February, 2026.              DATED this 23rd day of February, 2026.


By: _Ronald J. Dreher_____              By:___Holly S. Parker_____
Ronald J. Dreher, Esq.                  Karl S. Hall
PO Box 6494                             Reno City Attorney
Reno, NV 89513                          Alice K. Herbolsheimer
Nevada State Bar #15726                 Deputy City Attorney
Tel.: 775-846-9804                      Nevada State Bar #6389
*Attorney for Plaintiff*                Holly S. Parker
                                        Deputy City Attorney
                                        Nevada State Bar #10181
                                        1 E. 1st Street, 3rd Floor
                                        Reno, NV 89501
                                        Tel.: 775-334-2050
                                        *Attorneys for Defendant City of Reno*

## ORDER

        The matter of this Stipulated Protective Order having come before this Court by stipulation of the parties and for good cause being shown therein:
IT IS SO ORDERED.

Dated this _24th_ day of ___February___, 2026.

_____
UNITED STATES MAGISTRATE JUDGE