KARL S. HALL
Reno City Attorney
HOLLY S. PARKER
Deputy City Attorney
Nevada State Bar No. 10181
*parkerh@reno.gov*
ALICE K. HERBOLSHEIMER
Deputy City Attorney
Nevada State Bar No. 6389
*herbolsheimera@reno.gov*
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
*Attorneys for Defendant City of Reno*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NIKA HSIAO, | CASE NO.: 3:24-cv-00256-CLB |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION EXTEND DEADLINE FOR DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| CITY OF RENO and DOES I-X, | |
| Defendants. | **(FIRST REQUEST)** |

Pursuant to Local Rule ("LR") IA 6-1, Plaintiff NIKA HSIAO ("Plaintiff") and Defendant CITY OF RENO ("Defendant" or "City") (collectively, the "Parties"), by and through their undersigned counsel, hereby submit the following Stipulation to Extend Defendant's time to file a reply in support of its Motion for Partial Summary Judgment filed on February 18, 2026 (ECF No. 33). This is the first request for extension of time for City's reply.[1]

---

[1] Although the Court previously granted a request for extension of time for Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment, the Order did not grant Defendant additional time beyond the usual 14-day deadline to file its reply set forth in LR 7-2(b). (ECF No. 35.) Accordingly, this is the first request for extension of Defendant's reply.

Reno City
Attorney
P.O. Box 1900
Reno, NV 89505

-1-

1.      On February 18, 2026, Defendant filed and served its Motion for Partial Summary Judgment (ECF No. 33).

2.      On February 23, 2026, the Parties filed a Stipulation requesting an extension of the briefing schedule (ECF 34).  The Parties requested that the deadline for Plaintiff's response to the Motion be extended to March 27, 2026 and stated that, pursuant to LR 7-2(b), the deadline for Defendant's reply in support of the motion would be 14 days later on April 10, 2026.  Thus, Defendant was not granted additional time to file its reply.

3.      An Order granting the Stipulation was filed on February 24, 2026 (ECF 35).

4.      Plaintiff filed her response to the Motion on March 27, 2026.  Defendant's reply is now due April 10, 2026.

5.      The Parties agree to extend the time for Defendant to file its reply in support of the Motion to **April 22, 2026**.  Due to defense counsel's vacation plans for spring break and caseload upon return from vacation, Defendant requests this brief extension of time.

6.      This is Defendant's first stipulation for extension of time regarding the reply deadline.  The extension of this deadline is not brought for any improper purpose or undue

///
///
///
///
///
///
///
///
///
///
///
///
///

Reno City
Attorney
P.O. Box 1900
Reno, NV 89505

delay.

Respectfully submitted,

Dated this 8th day of April, 2026.

Dated this 8th day of April, 2026.

Karl S. Hall
Reno City Attorney

 /s/  Ronald S. Dreher

Ronald J. Dreher
NV Bar No. 15726
P.O. Box 6494
Reno, NV 89513
Tel.: (775) 846-9804
ron@dreherlaw.net
*Attorney for Plaintiff*

*/s/  Holly S. Parker*

Holly S. Parker
Deputy City Attorney
Nevada Bar No. 10181
P.O. Box 1900
Reno, NV 89505
Tel.: (775) 334-2050
parkerh@reno.gov
*Attorneys for City of Reno*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  April 8, 2026.

**Reno City
Attorney**
**P.O. Box 1900**
**Reno, NV 89505**