Ronald J. Dreher, Esq.
Nevada Bar No. 15726
DREHER LAW
P.O. Box 6494
Reno, NV 89513
775-846-9804
dreherlaw@outlook.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NIKA HSIAO,

Plaintiff,

v.

CITY OF RENO and DOES I-X,

Defendants.
_______________________________________/

CASE NO.: 3:24-cv-00256-CLB

**ORDER GRANTING STIPULATION FOR CONTINUANCE OF THE SETTLEMENT CONFERENCE**

[ECF No. 46]

Plaintiff Nika Hsiao ("Plaintiff") and Defendant City of Reno ("City"), by and through their undersigned counsel of record, hereby submit the following Stipulation to Continue Settlement Conference as follows:

1. The Court has set a Settlement Conference for August 20, 2026, at 9:00 a.m. (ECF No. 45).

2. Plaintiff's undersigned counsel is unavailable due to a previously scheduled travel that is taking him out of state.

3. The Parties have conferred and they wish to continue the hearing to a time when all counsel are available.

4. This is the first stipulation for a continuance of the settlement conference.

/ / /

5. This Stipulation is made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

DATED this 6th day of August, 2026.

By: *Ronald J. Dreher*
Ronald J. Dreher, Esq.
PO Box 6494
Reno, NV 89513
Nevada State Bar #15726
Tel.: 775-846-9804
*Attorney for Plaintiff*

DATED this 6th day of August, 2026.

By: *Alice K. Herbolsheimer*
Karl S. Hall
Reno City Attorney
Alice K. Herbolsheimer
Deputy City Attorney
Nevada State Bar #6389
Holly S. Parker
Deputy City Attorney
Nevada State Bar #10181
1 E. 1st Street, 3rd Floor
Reno, NV 89501
Tel.: 775-334-2050
*Attorneys for Defendant City of Reno*

**ORDER**

Good cause appearing, the parties' stipulation to continue the settlement conference, (ECF No. 46), is **GRANTED**. The settlement conference set for August 20, 2026, at 9:00 a.m. is **VACATED**. The Court will contact the parties to set a new date and time convenient for both the parties and the Court.

**IT IS SO ORDERED.**

**DATED:** August 6, 2026

UNITED STATES MAGISTRATE JUDGE